CRETE *v.* TOWNSHIP OF REDFORD

Appeal from Wayne, Edward F. Bell, J. Submitted Division 1 March 4, 1971, at Detroit. (Docket No. 9764.) Decided April 1, 1971.

Complaint by John L. Crete against the Township of Redford Police and Fire Civil Service Commission, the Supervisor of the Commission, and the Chief of Police for declaratory judgment. Judgment for plaintiff. Defendants appeal. Affirmed.

*Charest & Clancy,* for plaintiff.

*Harry H. Young (Charles Rubinoff,* of counsel), for defendants.

Before: V. J. BRENNAN, P. J., and QUINN and O'HARA,* JJ.

PER CURIAM. At oral argument March 4, 1971, counsel for defendants conceded that the issues raised on appeal were without substance and that the trial court properly disposed of this action. We applaud his candor and commend him for the high quality of advocacy thus exhibited.

Counsel for defendants did express concern over an issue of back pay, and if there was any way we

---

* Former Supreme Court Justice, sitting on the Court of Appeals by assignment pursuant to Const 1963, art 6, § 23 as amended in 1968.

could solve this issue, we would. The record will not permit us to do so.

Plaintiff's complaint sought to have his resignation declared null and void on the basis that it was involuntary. This relief was granted and plaintiff was reinstated as a police officer, "with all rights and benefits from September 12, 1968". We have no way of determining those rights and benefits, but from present experience, it appears likely that plaintiff and defendants can make that determination amicably without further litigation.

The trial court is affirmed with costs to plaintiff.